

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00815-CR

Joshua Zoltan **PAUR**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 8, Bexar County, Texas
Trial Court No. 422830
The Honorable Liza Rodriguez, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the motion to dismiss is GRANTED and this appeal is DISMISSED.

SIGNED December 23, 2014.

_____
Marialyn Barnard, Justice